# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | **CIVIL ACTION NO. 1:14-CV-383** |
| **Plaintiff** | | **JUDGE** |
| **V.** | * | |
| | | **DECLARATION OF JANE DOE** |
| **JOHN DOE subcriber assigned IP adddress 184.57179.247,** | | |
| | * | |
| **Defendant** | | |

STATE OF OHIO )
                              ) :ss
COUNTY OF MONTGOMERY )

I, Jane Doe, state and declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts stated herein.

2. I am the person who purchased an internet subscription and was assigned the unique IP address at issue in the Plaintiff's Complaint.  The Internet Service Provider that has been subpoenaed by Plaintiff in this case provides a wireless router as part of Internet service.

3. I have reviewed Exhibit B attached to the Plaintiff's Complaint which contains a list of material that is alleged to have been viewed by my IP address and the dates upon which the material was accessed.

4. I have not accessed or downloaded any of the Plaintiff's works listed in the Complaint or any other sexually explicit material.

5. On the dates Plaintiff alleges the infringement occurred, I was not present in the home, nor was I even in the town, in which the Internet Service Provider provides service under the IP address referenced in the Complaint.

6. Accordingly, I did not and could not utilize the IP address to access the material as alleged in the Complaint.

7. I am a mature woman and find the titles of the material in the exhibit attached to the Complaint to be offensive.

8. Allowing Plaintiff to discover my identity and name me as a party to its lawsuit, alleging I viewed and downloaded such salacious and scandalous material, will cause me considerable harm and embarrassment.

I declare under penalty of perjury under the laws of the State of Ohio that the foregoing is true and correct.

Executed this _30_ day of June, 2014, at _Montgomery_, Ohio

_Jane Doe, DB_
Jane Doe, D.B.

The foregoing instrument was acknowledged before me this _30_ day of June, 2014, by Jane Doe, D. B..

_Jennifer D. Brumby_
Notary Public

My Commission expires: _____

JENNIFER BRUMBY, Attorney at Law
Notary Public, State of Ohio
My Commission has no expiration
Section 147.03 O. R. C.